**Nos. 26-2082 & 26-2083**

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

WARREN RICHARDS,
Plaintiff-Appellant

v.

FASHION NOVA, LLC and SHEIN DISTRIBUTION CORPORATION,
Defendant-Appellee

Appeal From the United States District Court
For the Southern District of Indiana, Indianapolis Division
Case Nos: 1-25-v-01145-TWP-MKK & 1:25-cv-01385-TWP-TAB
The Honorable Judge Tanya Walton Pratt

JOINT MOTION FOR STAY OF APPEAL

Appellant Warren Richards and Appellees Fashion Nova, LLC and Shein Distribution Corporation requests this Court to stay the instant appellate proceedings pending the Seventh Circuit appeal in the matter captioned *Steidinger, et al. v. Blackstone Medical Services*, No. 25-2398 (the "Blackstone Appeal"), which is set to resolve a key issue on appeal in this case. In support of this Motion, the parties state as follows:

1.      As this Court holds, "[t]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Radio Corp. of Am. v. Igoe*, 217 F.2d 218, 220 (7th Cir. 1954). This Court thus has the inherent power to stay this proceeding pending the outcome of the Blackstone Appeal.

2.      The *Blackstone* Appeal was initiated on August 12, 2025, and was fully briefed in December 2025. The Court held oral argument on May 21, 2025.

3.      The *Blackstone* Appeal stems from the trial court decision *Jones v. Blackstone Med. Servs. LLC*, in which the court determined that a text message did not constitute a telephone call under 47 U.S.C. § 227(c)(5). The Blackstone Appeal will resolve this issue for the Seventh Circuit.

4.      Here, the central issue of  Appellant's appeal is the same as that in the *Blackstone* Appeal—whether a telephone call as that term appears in 47 U.S.C. § 227(c)(5) applies to text messages. The outcome of the Blackstone Appeal may thus resolve the primary issue in this consolidated appeal.

5.      On May 21, 2026, the Parties conferred regarding this motion, and agreed that this consolidated appeal should be stayed pending the outcome of the *Blackstone* Appeal staying this appeal would be prudent and would serve the best interests of the parties and judicial economy.

6.      The Parties further respectfully request to submit a joint status report within 7 days of the *Blackstone* Appeal.

WHEREFORE, the parties respectfully request that this appeal be stayed pending the outcome of *Steidinger, et al. v. Blackstone Medical Services*, No. 25-2398.

Respectfully submitted,

/s/ Anthony Paronich
Anthony Paronich
PARONICH LAW. P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*Attorney for Appellant*

/s/ Mark S. Eisen
Mark S. Eisen
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: meisen@beneschlaw.com

*Attorney for Appellees*