**No. 26-2083**

# In the United States Court of Appeals for the Seventh Circuit

WARREN RICHARDS,
*Plaintiff-Appellant,*

v.

SHEIN DISTRIBUTION CORP.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:25-cv-01385-TWP-TAB (The Hon. Tanya Walton Pratt)

## PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL

The Plaintiff-Appellant Warren Richards files this motion to dismiss pursuant to Fed. R. App. P. 42(b)(2), with each party to bear its own costs and fees.

July 21, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
ANTHONY I. PARONICH
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
*anthony@paronichlaw.com*

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This notice complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 26 words, excluding the parts of the motion exempted by Rule 27(a)(2). It also complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

July 21, 2026

*/s/ Anthony I. Paronich*
ANTHONY I. PARONICH

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing motion to dismiss with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit using the CM/ECF system, per Federal Rule of Appellate Procedure 25(d) and Circuit Rules 25(a) and 25(d). All participants are registered CM/ECF users and will be served by the CM/ECF system.

July 21, 2026                                    */s/ Anthony I. Paronich*
                                                ANTHONY I. PARONICH